# IN THE UNITED STATES COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **TONYA KELLY** | : |
| Plaintiff, | : |
| vs. | : |
| | : **Case No. 4:14-cv-00119** |
| **CAPE COD POTATO CHIP COMPANY, INC. et al.,** | : |
| Defendants. | : |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE RESPONSIVE PLEADING

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Snyder's-Lance, Inc. and Cape Cod Potato Chip Company, Inc. respectfully request an extension of time, through and including March 17, 2014, to answer or otherwise respond to Plaintiff Tonya Kelly's Class Action Petition ("Petition"). In support of this unopposed motion, Defendants state as follows:

1. Defendants timely removed this action from the Circuit Court of Jackson County, Missouri to this Court on February 6, 2014.

2. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), the deadline for Defendants to file a responsive pleading to Plaintiff's Petition is February 13, 2014.

3. Defendants have filed this unopposed motion before the deadline to respond to the Petition has passed.

4. This is Defendants' first request for an extension of this deadline.

5. Defendants move for an extension of time to file a responsive pleading to the Petition up to and including March 17, 2014.

1

6. This extension of time will provide the necessary time for Defendants to analyze the allegations in the Petition and formulate appropriate responses.

7. Counsel for Plaintiff has consented to this motion.

8. There will be no prejudice to any party as a result of such an extension.

9. A proposed order will be emailed to the Court's Courtroom Deputy in Word format.

WHEREFORE, Defendants Snyder's-Lance, Inc. and Cape Cod Potato Chip Company, Inc. respectfully request that this Court grant this Unopposed Motion and extend the period of time for Defendants to file responsive pleadings up to and including March 17, 2014.

Dated: February 11, 2014

    Respectfully Submitted,

    /s/ John C. Aisenbrey
John C. Aisenbrey    MO Bar # 31907
George F. Verschelden  MO Bar # 55128
STINSON LEONARD STREET LLP
1201 Walnut, Suite 2800
Kansas City, Missouri 64106
Tel:    (816) 842-8600
Fax:    (816) 691-3495
john.aisenbrey@stinsonleonard.com
george.verschelden@stinsonleonard.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was electronically served via the CM/ECF this 11th day of February, 2014 to:

Christopher S. Shank
David L. Heinemann
Stephen J. Moore
Dane C. Martin
SHANK & HAMILTON, P.C.
2345 Grand Blvd., Suite 1600
Kansas City, MO 64108

    /s/ John C. Aisenbrey
    Attorney for Defendants